IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>AMANDA RENEE SCHNEIDER,<br><br>            Defendant. | Case No. 3:18-cr-54-03<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  January 4, 2019

>                                      */s/ Christopher C. Myers*_____
>                                      CHRISTOPHER C. MYERS
>                                      United States Attorney
>                                      Quentin N. Burdick United States Courthouse
>                                      655 First Avenue North - Suite 250
>                                      Fargo, ND  58102-4932
>                                      (701) 297-7400
>                                      ND Bar Board ID No. 05317
>                                      Chris.C.Myers@usdoj.gov
>                                      Attorney for United States